UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lauren Aitken,

                Plaintiff,      Case No. 22-cv-11144

v.                                 Judith E. Levy
                                    United States District Judge

Kilolo Kijakazi,

                                    Mag. Judge David R. Grand

                Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [15], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [12], AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14]**

      This is a Social Security appeal. On May 30, 2023, Magistrate Judge David R. Grand issued a report and recommendation ("R&R") (ECF No. 15) recommending the Court deny Plaintiff's motion for summary judgment (ECF No. 12) and grant Defendant's motion for summary judgment (ECF No. 14). The parties were required to file specific written objections to the report and recommendation within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The court has nevertheless thoroughly reviewed

the report and recommendation, and concurs in the reasoning and result. Accordingly,

The report and recommendation (ECF No. 15) is ADOPTED;[1]

Plaintiff's motion for summary judgment (ECF No. 12) is DENIED;

Defendant's motion for summary judgment (ECF No. 14) is GRANTED; and

The findings of the Commissioner are ADOPTED and this case is hereby DISMISSED.[2]

IT IS SO ORDERED.

Dated: June 21, 2023　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

---

[1] The Court finds the R&R to be exceptionally thorough and well-reasoned, and it agrees entirely with the R&R's conclusion. However, there is one small (but potentially confusing) typographical error on PageID.995 of the R&R. Based on the Court's review of the transcript, the last sentence of the first paragraph on that page should read: "Thus, the ALJ concluded that Plaintiff was **not** disabled under the Act. (PageID.54)." (*Id.* at PageID.995 (emphasis added).) The R&R is adopted in full with this minor correction.

[2] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 21, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
